Thomas A. Guida (TG-3600)
Tamara Carmichael (TC-0697)
Shelly Elimelekh (SE-0597)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-1895
Telephone: (212) 407-4000

Attorneys for Plaintiff
FremantleMedia North America, Inc.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

FREMANTLEMEDIA NORTH AMERICA, INC.,

    Plaintiff,

v.

INTERNATIONAL INTIMATES INC.,
RICHARD ROZENBERG, LAMACAR INC.
D/B/A KELLI'S GIFT SHOP SUPPLIERS,
and RANDY GOLDMAN,

    Defendants.

------------------------------------------------------X

**JUDGE KOELTL**

**08 CV 8766**

Index No. 08 Civ. _____

**7.1 STATEMENT**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the judges and magistrate judges of the Southern District of New York to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiff FremantleMedia North America, Inc. states that: (1) The corporate parent of Plaintiff, Fremantle Productions North America, Inc. owns 10% or more of the stock of Plaintiff and (2) The ultimate corporate parent of Plaintiff, the Luxembourg company RTL Group, is publicly traded.

Dated: New York, New York
October 14, 2008

LOEB & LOEB LLP

By: *[signature]*

Thomas A. Guida (TG-3600)
Tamara Carmichael (TC-0697)
Shelly Elimelekh (SE-0597)
345 Park Avenue
New York, New York 10154-1895
Telephone: (212) 407-4000

Attorneys for Plaintiff
FREMANTLEMEDIA
NORTH AMERICA, INC.