UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FREMANTLEMEDIA NORTH AMERICA,
                    Plaintiff(s),

-against-

INTERNATIONAL INTIMATES,
                    Defendant(s).
------------------------------------------------------------X

**NOTICE OF COURT CONFERENCE**

08 civ 8766 (JGK)

To All Parties,

You are directed to appear for a pretrial conference, to be held on **Thursday, December 4, 2008 at 4:30pm** in Courtroom 12B, in front of the Honorable John G. Koeltl.

**All requests for adjournments must be made in writing to the Court.**

For any further information, please contact the Court at (212) 805-0107.

Don Fletcher
Courtroom Case Manager

Dated: New York, New York
November 7, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/2008