UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
FREMANTLE NORTH AMERICA,
                        Plaintiff(s),

        -against-

INTERNATIONAL INTIMATES,
                    Defendant(s).
----------------------------------------------------------X

**NOTICE OF COURT CONFERENCE**

08 civ 8766 (JGK)

To All Parties,

You are directed to appear for a pretrial conference, to be held on **Tuesday, January 20, 2009 at 4:30pm** in Courtroom 12B, in front of the Honorable John G. Koeltl.

**All requests for adjournments must be made in writing to the Court.**

For any further information, please contact the Court at (212) 805-0107

Don Fletcher
Courtroom Case Manager

Dated: New York, New York
         January 13, 2009

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/2009