

**TAMARA CARMICHAEL**
Partner

345 Park Avenue
New York, NY 10154

**Direct** 212.407.4225
**Main** 212.407.4000
**Fax** 212.202.6036
tcarmichael@loeb.com

Via Facsimile

January 14, 2009

Hon. John G. Koeltl
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, New York, 10008

> *Conference canceled. The Court will enter a 30-day Order. So ordered. /s/ JGK U.S.D.J. 1/15/09*

Re: Fremantlemedia North America, Inc. v. International Intimates, et al.
Case No. 08 Civ. 8766 (JGK)

Dear Judge Koeltl:

We represent plaintiff FremantleMedia North America, Inc. ("Fremantle"). We write to request an adjournment of the pre-trial conference scheduled before Your Honor on January 20, 2009 at 4:30 p.m.

This request is made due to the fact that the parties have reached a settlement in principle and require additional time in order to conclude and execute settlement documents reflecting same. Defendants' counsel, Charles P. LaPolla, consented to Plaintiff's request for an adjournment via telephone on January 14, 2009.

It is therefore respectfully requested, that this conference be adjourned for thirty (30) days to allow the parties to complete their settlement discussions. Plaintiff had made one prior request for an adjournment on November 24, 2008 and that request was granted to allow the parties to explore whether the action was susceptible to an early settlement. We thank the Court for its consideration in this matter.

Respectfully submitted,

Tamara Carmichael
Partner

cc: Charles P. LaPolla Esq.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-15-09
```

Los Angeles  New York  Chicago  Nashville  www.loeb.com

A limited liability partnership including professional corporations

NY758716.1
210958-10012