

**TAMARA CARMICHAEL**
Partner

345 Park Avenue
New York, NY 10154

Direct 212.407.4225
Main 212.407.4000
Fax 212.202.6036
tcarmichael@loeb.com

17 FEB 2009

Via Facsimile

February 17, 2009

Hon. John G. Koeltl
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, New York, 10008

Re: Fremantlemedia North America, Inc. v. International Intimates, et al.
Case No. 08 Civ. 8766 (JGK)

Dear Judge Koeltl:

We represent plaintiff FremantleMedia North America, Inc. The parties in the above-referenced matter have reached a settlement agreement in principal. The settlement documents, however, are not yet complete. As a result, the undersigned respectfully requests an additional thirty (30) days to submit executed settlement documents. Additionally, or alternatively, the undersigned requests an additional thirty (30) days to seek restoration of this matter to the calendar of the undersigned.

Please let us know if you need additional information or documentation from counsel for Plaintiff.

Respectfully submitted,

Tamara Carmichael (SE)

Tamara Carmichael
Partner

cc: Charles P. LaPolla Esq.

*Time to restore the case to the calendar extended to March 20, 2009. So ordered.*
*JGKoeltl*
*U.S.D.J.*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/09

Los Angeles  New York  Chicago  Nashville  www.loeb.com

A limited liability partnership including professional corporations

NY764576.1
210958-10003