

TAMARA CARMICHAEL
Partner

345 Park Avenue
New York, NY 10154

Direct  212.407.4225
Main    212.407.4000
Fax     212.202.6036
tcarmichael@loeb.com

Via Facsimile



RECEIVED
MAR 17 2009
JOHN G. KOELTL
U.S.D.J.

March 17, 2009

Hon. John G. Koeltl
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, New York, 10008

Re: **FremantleMedia North America, Inc. v. International Intimates, et al.**
**Case No. 08 Civ. 8766 (JGK)**

Dear Judge Koeltl:

We represent plaintiff, FremantleMedia North America, Inc. We write to request an additional (30) days to seek restoration of this matter to the calendar of the Court.

This request is made due to the fact that the parties have reached a settlement agreement in principal, but the settlement documents are not yet complete. Defendants' counsel, Charles P. LaPolla, telephoned plaintiff's counsel and requested plaintiff's consent to an additional thirty (30) days to finalize the settlement documents. Plaintiff has agreed, thus this request is made on behalf of all parties.

As a result, on behalf of all parties we respectfully request an additional thirty (30) days (or up to and including April 19, 2009) to submit executed settlement documents. Additionally, or alternatively, the parties request an additional thirty (30) days to seek restoration of this matter to the calendar. Plaintiff made one prior request for additional time to submit executed settlement documents on February 17, 2009, which request was granted. The parties have agreed that no further requests will be made.

We thank the Court for its consideration in this matter. Please let us know if you need additional information or documentation from counsel for Plaintiff.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/09

Respectfully submitted,

Tamara Carmichael
Partner

**APPLICATION GRANTED
SO ORDERED**

John G. Koeltl, U.S.D.J.
3/17/09

cc: Charles P. LaPolla Esq.

Los Angeles   New York   Chicago   Nashville   www.loeb.com

A limited liability partnership including professional corporations

NY769156.1
210958-10003