

**LOEB &**
**LOEB** LLP

TAMARA CARMICHAEL
Partner

345 Park Avenue
New York, NY 10154

Direct 212.407.4225
Main 212.407.4000
Fax 212.202.6036
tcarmichael@loeb.com

Via Facsimile



April 20, 2009

Hon. John G. Koeltl
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, New York, 10008

Re:     Fremantlemedia North America, Inc. v. International Intimates, et al.
        Case No. 08 Civ. 8766 (JGK)

Dear Judge Koeltl:

We represent plaintiff FremantleMedia North America, Inc. We write to request an additional (14) days to seek restoration of this matter to the calendar of the undersigned.

This request is made due to the fact that the parties have reached a settlement in principle and require additional time in order to conclude and execute settlement documents reflecting same. Defendants' counsel, Charles P. LaPolla, consented to Plaintiff's request for more time via telephone on April 20, 2009.

As a result, the undersigned respectfully requests an additional thirty (30) days to submit executed settlement documents. Additionally, or alternatively, the undersigned requests an additional thirty (30) days to seek restoration of this matter to the calendar of the undersigned. Plaintiff had made two prior requests for additional time to submit executed settlement documents on February 17, 2009 and March 17, 2009 and those requests were granted. We thank the Court for its consideration in this matter.

Please let us know if you need additional information or documentation from counsel for Plaintiff.

APPLICATION GRANTED
SO ORDERED

_John G. Koeltl, U.S.D.J._

4/21/09.

cc: Charles P. LaPolla Esq.

Respectfully submitted,

Tamara Carmichael
Partner

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/09

Los Angeles    New York    Chicago    Nashville    www.loeb.com

A limited liability partnership including professional corporations

NY776420.1
210958-10003