

**TAMARA CARMICHAEL**
Partner

345 Park Avenue
New York, NY 10154

Direct 212.407.4225
Main 212.407.4000
Fax 212.202.6036
tcarmichael@loeb.com

Via Facsimile

May 4, 2009

Hon. John G. Koeltl
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, New York, 10008



Re: Fremantlemedia North America, Inc. v. International Intimates, et al.
Case No. 08 Civ. 8766 (JGK)

Dear Judge Koeltl:

We represent plaintiff FremantleMedia North America, Inc. We write to request an additional seven (7) days to seek restoration of this matter to the calendar of the undersigned.

This request is made due to the fact that the parties have reached a settlement in this matter and have finalized the settlement documents reflecting same, but require additional time in order to obtain the signatures of all the parties involved, some of whom are currently traveling and unable to sign today. Defendants' counsel, Charles P. LaPolla, consented to Plaintiff's request for more time via telephone on May 4, 2009.

As a result, the undersigned respectfully requests an additional seven (7) days to submit executed settlement documents. Additionally, or alternatively, the undersigned requests an additional seven (7) days to seek restoration of this matter to the calendar of the undersigned. Plaintiff had made three prior requests for additional time to submit executed settlement documents on February 17, 2009, March 17, 2009, and April 20, 2009 and those requests were granted. No further requests will be made. We thank the Court for its consideration of this matter.

Please let us know if you need additional information or documentation from counsel for Plaintiff.

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
5/4/09

Respectfully submitted,

Tamara Carmichael
Partner

cc: Charles P. LaPolla Esq.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-6-09

Los Angeles   New York   Chicago   Nashville   www.loeb.com

A limited liability partnership including professional corporations

NY775420.1
210958-10003