Thomas A. Guida (TG-3600)
Tamara Carmichael (TC-0697)
Shelly Elimelekh (SE-0597)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-1895
Telephone: (212) 407-4000

Attorneys for Plaintiff

Charles P. LaPolla (CL0156)
Ostrolenk Faber LLP
1180 Avenue of the Americas, 7th Floor
New York, NY 10036-8403
Telephone: (212) 382-0700
Facsimile: (212) 382-0888

Attorneys for Defendants

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FREMANTLEMEDIA NORTH AMERICA, INC.,

          Plaintiff,

          v.

INTERNATIONAL INTIMATES INC.,
RICHARD ROSENBERG, LAMACAR INC.
D/B/A KELLI'S GIFT SHOP SUPPLIERS,
and RANDY GOLDMAN,

          Defendants.
-----------------------------------------------------------X

Index No. 08-cv-8766 (JGK)

**STIPULATION OF DISMISSAL**

      IT IS HEREBY STIPULATED AND AGREED, by and between all of the parties by their undersigned counsel, that this action shall be and hereby is dismissed with prejudice with respect to Defendants Richard Rosenberg and Randy Goldman pursuant to Fed. R. Civ. P.

{01028453.1}          1

41(a)(1)(A)(ii). The parties shall bear their own attorneys' fees and costs. This Court retains jurisdiction over the parties in connection with any claims of breach of the terms of the Settlement Agreement which has been entered into between them.

LOEB & LOEB LLP

By: _____
Thomas A. Guida (TG-3600)
Tamara Carmichael (TC-0697)
Shelly Elimelekh (SE 0597)
345 Park Avenue
New York, New York 10154
(212) 407-4000

*Attorneys for Plaintiff*
*FremantleMedia North America, Inc.*

OSTROLENK FABER, LLP

By: _____
Charles P. LaPolla
1180 Avenue of the Americas
New York, New York 10038
(212) 382-0700

*Attorney for Defendants*
*International Intimates Inc., Richard Rosenberg, Lamacar Inc. d/b/a Kelli's Gift Shop Suppliers, and Randy Goldmans*

Dated: May 11, 2009

SO ORDERED:

_____
U.S.D.J.
5/22/09

The Clerk is directed to close this case. So ordered.

_____
5/22/09. U.S.D.J.

{01028453.1}